UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| LAMARR ROWELL, | Case No. 3:19-cv-00337-MMD-WGC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| JAMES E. DZURENDA, *et al.*, | |
| Defendants. | |

This matter is referred to the Court for the limited purpose of determining whether *in forma pauperis* status should continue on appeal. (ECF No. 21.) Pursuant to 28 U.S.C. § 1915(a), the Court certifies that Plaintiff's appeal from its order of dismissal is not frivolous and his *in forma pauperis* should continue on appeal.

DATED THIS 7th day of February 2020.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE