UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LAMARR ROWELL,<br><br>　　　　　　　　　Plaintiff,<br>　v.<br>JAMES E. DZURENDA,<br><br>　　　　　　　　　Defendant. | Case No. 3:19-cv-00337-MMD-WGC<br><br>ORDER |

　　The Court previously ordered that Plaintiff Lamarr Rowell's complaint be dismissed with prejudice. (ECF No. 9 ("Order").) The Court entered judgment accordingly. (ECF No. 10.) Plaintiff appealed the Order. (ECF No. 20.) The Ninth Circuit Court of Appeals affirmed the dismissal but remanded with instructions to amend the judgment to reflect that the dismissal is "without prejudice." (ECF No. 26 at 2.) Accordingly, it is ordered that the judgment (ECF No. 10) be amended to state that "Plaintiff's Complaint (ECF No. 1-1) is dismiss without prejudice."

　　DATED THIS 24th Day of November 2020.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE