AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

LAMARR ROWELL,

          Plaintiff,

v.

JAMES E. DZURENDA, et al.,

          Defendants.

AMENDED JUDGMENT IN A CIVIL CASE

Case Number: 3:19-cv-00337-MMD-WGC

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff's IFP Application (ECF No. 1) is granted.

IT IS FURTHER ORDERED AND ADJUDGED that Plaintiff's Complaint (ECF No. 1-1) is dismissed without prejudice.

IT IS FURTHER ORDERED AND ADJUDGED that Plaintiff's other pending motions (ECF Nos. 3, 4, 5, 7) are denied as moot.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is hereby entered and this case is closed.

Date: November 25, 2020

CLERK OF COURT

_Signature of Clerk or Deputy Clerk_